

**Entered on Docket
October 02, 2009**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Deutsche Bank National Trust Company as Trustee for Fremont Home Loan Trust 2005-1, Asset-Backed Certificates, Series 2005-1
09-74666 / 14414080

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-12665-mkn |
| Nora Latchis | MS Motion No.<br>Date: 9-9-09<br>Time: 1:30 p.m. |
| | Chapter 13 |
| Debtors. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor.

1  IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-
2  petition arrearages currently due as follows:

3  | | |
|---|---|
| 5 Monthly Payments at $2,801.41 | $ 14,007.05 |
| (April 1, 2009- August 1, 2009) | |
| 4 Late Charges at $145.95 each | $    583.80 |
| (April 16, 2009-July 16, 2009) | |
| Motion Filing Fee | $    150.00 |
| Attorneys Fees | $    750.00 |
| Total Arrearages | $ 15,490.85 |

8  The above arrearage shall be paid in six (6) monthly installments of $2,581.81. These payments
9  shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month
10 commencing with the September 20, 2009 payment and continuing throughout and concluding on or
11 before February 20, 2010.

12 IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give
13 Debtors at least five business days' notice of the time, place and date of sale.

14 IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and
15 maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning
16 with the September payment, on Secured Creditor's Trust obligation, encumbering the subject Property,
17 generally described as 2420 West Oakey Blvd., Las Vegas, NV 89102, and legally described as follows:

18 THE EAST 93.25 FEET OF LOT FORTY-ONE (41) OF MCNEIL PARK AS SHOWN BY MAP
19 THEREOF ON FILE IN BOOK 5 OF PLATS, PAGE 1, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

21 IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any
22 payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's
23 Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon
24 Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each
25 such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be
26 paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure
the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to

1  Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the
2  subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete
3  possession thereof.

5  Submitted by:
6  WILDE & ASSOCIATES

8  By _K. Abbots #10235_
9  GREGORY L. WILDE, ESQ.
   Attorneys for Secured Creditor
10 208 South Jones Boulevard
   Las Vegas, Nevada 89107

11 APPROVED AS TO FORM & CONTENT:

13 Kathleen A Leavitt                        Philip K. Goldstein

14 By_____                       By_____

15 Kathleen A Leavitt                        Philip K. Goldstein
   Chapter 13 Trustee                        Attorney for Debtors
16 201 Las Vegas Blvd., So. #200             609 S. 7th Street
   Las Vegas, NV 89101                       Las Vegas, NV 89101

                                             Nevada Bar No. 4275