Filed Electronically_____

Entered on Docket
December 17, 2009

Hon. Mike K. Nakagawa
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Deutsche Bank National Trust Company as Trustee for Fremont Home Loan Trust 2005-1, Asset-Backed Certificates, Series 2005-1
09-74666 / 14414080

## UNITED STATES BANKRUPTCY COURT

## SOUHERN DISTRICT OF NEVADA

In Re:

Nora Latchis


                    Debtors.

09-12665-mkn

Motion no.
Date:
Time:

Chapter 13

1

<u>**ORDER VACATING AUTOMATIC STAY**</u>

2          Pursuant to the Declaration re Breach of Condition filed on November 9, 2009 and Debtors

3   failure to cure the default prior to its expiration, and good cause appearing.

4          IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

5   above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to

6   Secured Creditor, Deutsche Bank National Trust Company as Trustee for Fremont Home Loan Trust

7   2005-1, Asset-Backed Certificates, Series 2005-1 its assignees and/or successors in interest, and Secured

8   Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally

9   described as 2420 West Oakey Blvd. , Las Vegas NV and legally described as follows:

10         THE EAST 93.25 FEET OF LOT FORTY-ONE (411 OF MCNEIL PARK AS SHOWN BY
    MAP
11  THEREOF ON FILE IN BOOK 5 OF PLATS, PAGE 1, IN THE OFFICE OF THE COUNTY
    RECORDER OF CLARK COUNTY, NEVADA.
12

13  pursuant to applicable State Laws, and thereafter commence any action necessary to  obtain complete

14  possession of the subject property.

15

16         **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

    **give Debtors at least five business days' notice of the time, place and date of sale.**
17
    ///
18  ///

19  ///
    ///
20  ///

21  ///
    ///
22  ///

23  ///
    ///
24  ///

25  ///
    ///
26

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

DATED this 8th day of December, 2009.

Submitted by:
Wilde & Associates

/S/ GREGORY L. WILDE

By_____
**GREGORY L. WILDE, ESQ.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107